No. 5852. CHAPMAN, AKA CRONIN *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 5859. SCHELTER *v.* PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 5860. GRAVES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5861. PORTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5862. BROWN *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied.

No. 5863. GRAY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 5864. MARTIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 536. BETO, CORRECTIONS DIRECTOR *v.* GRAVES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 579. GOLDSMITH *v.* SUTHERLAND. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5543. MACK *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE BRENNAN is of the opinion that certiorari should be granted.

No. 180. ZEMLER *v.* UNITED STATES, *ante,* p. 820; and No. 5556. CAMPBELL *v.* UNITED STATES, *ante,* p. 881. Motions for leave to file petitions for rehearing denied.